___



**SO ORDERED,**

**Judge Jason D. Woodard**

**United States Bankruptcy Judge**

The Order of the Court is set forth below. The case docket reflects the date entered.
___

### IN THE UNITED STATES BANKRUPTCY COURT FOR
### THE NORTHERN DISTRICT OF MISSISSIPPI

**IN THE MATTER OF:**                                **CHAPTER 13 CASE NO.:**

**ROBIN WOODS**                                        **18-10528-JDW**

### CONSENT ORDER REGARDING FILING OF REQUIRED TAX RETURNS

THIS MATTER came before the Court on the request of the parties for the entry of an order to address the filing of prepetition tax returns as required by 11 U.S.C. §§ 1325(a)(9) and 1308. At this time the Debtor[1] has not filed the required tax returns for the 2017 tax year; however, the deadline for the filing such returns, April 17, 2018, has yet to pass. The parties recognize that the filing of all prepetition tax returns is a requirement for confirmation; therefore, the parties agree that the entry of this order is necessary. The agreement of the parties, as expressed herein, is hereby approved by the Court.

IT IS THEREFORE ORDERED AND ADJUDGED, that the Debtor shall file all required tax returns for the 2017 tax year on or before April 17, 2018, subject to the other provisions of this Order. A copy of the 2017 Federal tax return must be provided to the Trustee within three (3) business days following the filing of such return.

IT IS THEREFORE ORDERED AND ADJUDGED, that if the Debtor obtains an automatic extension for the filing of Federal tax returns, using IRS Form 4868, the Debtor shall (a) provide the Trustee with a copy of IRS Form 4868, and (b) proof that the estimated taxes due have been paid. Such proof must be provided to the Trustee within three (3)

___

[1] The above-referenced Debtor or Debtors shall be referred to herein in the singular as Debtor unless specified otherwise.

1

business days following the filing of the IRS Form 4868.  In the case of an extension, the Debtor shall file all required tax returns for the 2017 tax year on or before October 15, 2018.  A copy of the 2017 Federal tax return must be provided to the Trustee within three (3) business days following the filing of such return.

   IT IS FURTHER ORDERED, that the failure of the Debtor to comply with the terms of this Order shall result in the denial of confirmation and dismissal of this bankruptcy case, without the necessity of further notice or hearing.

### ### END OF ORDER ###

AGREED & APPROVED:

/s/ Melanie T. Vardaman
ATTORNEYS FOR TRUSTEE
W. Jeffrey Collier (MSB 10645)
Melanie T. Vardaman (MSB 100392)
6360 I-55 North, Suite 140
Jackson, Mississippi 39211
(601) 355-6661
ssmith@barkley13.com


/s/ Kenneth Mayfield
KENNETH MAYFIELD
ATTORNEY FOR DEBTOR