_____



SO ORDERED,

**Judge Jason D. Woodard**

**United States Bankruptcy Judge**

The Order of the Court is set forth below. The case docket reflects the date entered.
_____

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF MISSISSIPPI

**IN THE MATTER OF:**                                    **CHAPTER 13 CASE NO.:**

**ROBIN WOODS**                                          **18-10528-JDW**

## FINAL ORDER OF DISMISSAL

THIS MATTER came before the Court upon Debtor's failure to comply with Agreed Order Overruling in Part Objection to Confirmation (Dkt. #22) (Dkt. #29), and the Court being advised that Debtor has become more than 60 days delinquent in Chapter 13 plan payments.

IT IS THEREFORE ORDERED that this case shall be and is hereby dismissed.

##END OF ORDER##

SUBMITTED BY:

/s/ Melanie T. Vardaman
ATTORNEYS FOR TRUSTEE
W. Jeffrey Collier (MSB 10645)
Melanie T. Vardaman (MSB 100392)
6360 I-55 North, Suite 140
Jackson, Miss.  39211
(601) 355-6661
ssmith@barkley13.com